IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVCO CORPORATION, | : | Case No. 4:12-CV-01313 |
| | : | |
| Plaintiff & | : | |
| Counterdefendant, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| TURN AND BANK HOLDINGS, INC. and PRECISION AIRMOTIVE LLC, | : | |
| | : | |
| Defendants & | : | |
| Counterclaim Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AVSTAR FUEL SYSTEMS, INC. | : | |
| | : | |
| Counterclaim Defendant. | : | |

**ORDER**
February 3, 2015

AND NOW, this 3rd day of February, 2015, upon consideration of the Motion for a Preliminary Injunction (ECF No. 101) filed by the Defendant Turn and Bank Holdings, Inc., and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion be DENIED. Moreover, Defendant's Renewed Motion for a Preliminary Injunction (ECF No. 111) is DENIED as moot.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge