# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVCO CORPORATION, | No. 4:12-CV-01313 |
| Plaintiff-Counterclaim Defendant, | (Judge Brann) |
| v. | |
| TURN AND BANK HOLDINGS, LLC, AND PRECISION AIRMOTIVE, LLC, | |
| Defendants-Counterclaim Plaintiffs, | |
| v. | |
| AVSTAR FUEL SYSTEMS, INC. | |
| Counterclaim Defendant. | |

## ORDER

**AND NOW**, this 9th day of April 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Motion for Summary Judgment, ECF No. 331, is **DENIED.**

2.  Defendant's Motion for Summary Judgment, ECF No. 336, is **GRANTED**, and judgment is entered on the issue of liability on Counts I, II, and III of Defendants' Counterclaims, ECF No. 144.

3.  Defendants' Motion to Supplement the Summary Judgment Record, ECF No. 349, is **DENIED AS MOOT.**

4.       Upon resolution of the remaining claims in this case, the Clerk of Court will be ordered to enter judgment in favor of Defendants on Counts I and II of Plaintiff's Second Amended Complaint, ECF No. 138.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge