# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVCO CORPORATION, | No. 4:12-CV-01313 |
| Plaintiff-Counterclaim Defendant, | (Judge Brann) |
| v. | |
| TURN AND BANK HOLDINGS, LLC, AND PRECISION AIRMOTIVE, LLC, | |
| Defendants-Counterclaim Plaintiffs, | |
| v. | |
| AVSTAR FUEL SYSTEMS, INC. | |
| Counterclaim Defendant. | |

## ORDER

### JUNE 22, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Precision Airmotive LLC, Turn and Bank Holdings, LLC's motion to exclude the testimony of Krista Holt (Doc. 430) is **GRANTED** in part and **DENIED** in part;

   A. The motion is granted inasmuch as that Holt may not offer an independent expert opinion on marketing; Holt may, however,

    rely on her marketing experience to the extent that such experience undergirds her expert damages opinion. The motion is conditionally granted with respect to any opinion regarding the value of the RSA Marks based upon the 2013 Sales Agreement.

  B. The motion is denied in all other respects, including the request for sanctions.

2. Avco Corp. and AVStar Fuel Systems, Inc.'s motion to exclude the testimony of Dana Trexler (Doc. 432) is **DENIED**;

3. Precision Airmotive LLC, Turn and Bank Holdings, LLC's motion to exclude evidence or argument on matters already decided by the Court (Doc. 428) is **DENIED**; and

4. Avco Corp. and AVStar Fuel Systems, Inc.'s motion to strike (Doc. 458) is **DENIED**, but their sur-reply brief is accepted.

           BY THE COURT:

           *s/ Matthew W. Brann*
           Matthew W. Brann
           United States District Judge