IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVCO CORPORATION, | No. 4:12-CV-01313 |
| Plaintiff, | (Judge Brann) |
| v. | |
| TURN AND BANK HOLDINGS, LLC, & PRECISION AIRMOTIVE, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 8th day of January 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Counterclaim Plaintiffs have not waived their right to a jury trial on the sole issue of whether Counterclaim Defendant's infringement of Counterclaim Plaintiffs' trademarks was willful.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge