IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVCO CORPORATION, | No. 4:12-CV-01313 |
| Plaintiff-Counterclaim Defendant, | (Chief Judge Brann) |
| v. | |
| TURN AND BANK HOLDINGS, LLC, AND PRECISION AIRMOTIVE, LLC, | |
| Defendants-Counterclaim Plaintiffs, | |
| v. | |
| AVSTAR FUEL SYSTEMS, INC. | |
| Counterclaim Defendant. | |

## ORDER

### OCTOBER 18, 2022

Upon consideration of the objections to portions of Scott L. Grafenauer's deposition testimony that the parties seek to introduce at trial,[1] **IT IS HEREBY ORDERED** that the objections are sustained as follows:

1. As to Plaintiffs' designations and Defendants' counter designations, objections are sustained to the following portions of the deposition:

---

[1] This ruling applies only to testimony as proposed for the jury trial. To the extent that testimony was intended for the bench trial but was not specifically delineated as such, the following rulings do not apply to that testimony, and the parties may raise objections at the appropriate time during the bench trial.

      16:25-17:1; 34:22-35:3; 35:12-17; 38:3-4; 43:23-44:14; 45:14-46:11; 152:6-8; 153:11-155:14; 205:13 (remove reference to Textron); and 206:19-208:21.

2.   As to Defendants' designations and Plaintiffs' counter designations, objections are sustained to the following portions of the deposition: 16:25-17:1; 38:3-4; 54:4-13; 67:16-70:1; 71:24-74:6; 74:10-11; 74:18-75:24; 76:3-25; 94:24-100:3; 101:16-25; 103:3-4; 114:7-8 (remove "They weren't trying to steal the RSAs"); 126:1-128:11; 132:4-16; 132:23-137:3; 141:5-17; 148:23-149:3; 149:14-150:6; 151:14-155:14; 168:4-181:17; 181:21-182:7; 192:14-193:21; 211:8-213:13; 213:20-214:1; 214:13-19; 220:1-19; 220:22-221:12; 221:22-224:24; 229:2-6; 230:13-232:13; 232:24-234:9; 234:12-236:14; 237:4-24; 238:14-241:12; 241:21-242:9; and 244:8-245:5.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            Chief United States District Judge